**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | LEONARD MURPHY | : CHAPTER 13 |
| | | : |
| | | : |
| | DEBTOR | : BANKRUPTCY NO. 24-10040 |

NOTICE OF RESCHEDULED CREDITORS MEETING AND
CERTIFICATE OF SERVICE

Notice is hereby given that the above named debtor's Creditor's Meeting has been rescheduled from March 6, 2024 at 10:00 A.M to March 25, 2024 at 9:00 A.M. The Meeting will be held via zoom.

A copy of this Notice is being served on all creditors and the Chapter 13 Trustee.


Dated: 2/12/24            BY:   /Zachary Perlick/
                                Zachary Perlick, Esquire
                                1420 Walnut Street, Suite 718
                                Philadelphia, PA  19102
                                (215) 569-2922