A-TEAM HOME CARE INC
2 Park Lane
Ste 106
Feasterville Trevose PA  19053

1407-2988
ORG1:300 Personal Care
EE ID: 01230    DD

LEONARD MURPHY
6341 CHESTER AVE
PHILADELPHIA PA  19143

## PERSONAL AND CHECK INFORMATION

Leonard Murphy
6341 Chester Ave
PHILADELPHIA, PA  19143
**Employee ID:** 01230

**Home Department:** 300 Personal Care

**Pay Period:** 10/29/23 to 11/11/23
**Check Date:** 11/17/23    **Check #:** 16120

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 2186.74 |
| Chkg 728 | 1283.78 | 12128.95 |
| **NET PAY** | **1283.78** | **14315.69** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 102.0000 | 13.7500 | 1402.50 | 977.5000 | 13520.20 |
| | Training | | | | 1.0000 | 7.25 |
| | Travel | | | | 1.5000 | 10.88 |
| | Overtime | 10.5000 | 20.6250 | 216.56 | 142.7500 | 2963.63 |
| | Holiday 1.5 | | | | 24.2500 | 503.91 |
| | COVHazPay2 | | | | | 720.00 |
| | LoyaltyCOVHazPay3 | | | 30.00 | | 90.00 |
| | Sign On Bonus | | | | | 250.00 |
| | **Total Hours** | 112.5000 | | | 1147.0000 | |
| | **Total Hrs Worked** | 112.5000 | | | | |
| | **Gross Earnings** | | | 1649.06 | | 18065.87 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 102.24 | 1120.08 |
| Medicare | | 23.92 | 261.96 |
| Fed Income Tax | SMS | 125.50 | 1110.85 |
| PA Income Tax | | 50.63 | 554.63 |
| PA Unemploy | | 1.15 | 12.64 |
| PA LLSOU-Buc L | | | 10.00 |
| PA PHILA-Phi Inc | | 61.84 | 680.02 |
| **TOTAL** | | 365.28 | 3750.18 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1283.78 | 14315.69 |

A-TEAM HOME CARE INC
2 Park Lane
Ste 106
Feasterville Trevose PA  19053

1407-2988
ORG1:300 Personal Care
EE ID: 01230    DD

LEONARD MURPHY
6341 CHESTER AVE
PHILADELPHIA PA  19143

### PERSONAL AND CHECK INFORMATION
Leonard Murphy
6341 Chester Ave
PHILADELPHIA, PA  19143
**Employee ID:** 01230

**Home Department:** 300 Personal Care

**Pay Period:** 11/12/23 to 11/25/23
**Check Date:** 12/01/23    **Check #:** 16718

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 2186.74 |
| Chkg 728 | 1444.13 | 13573.08 |
| **NET PAY** | **1444.13** | **15759.82** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 71.0000 | 13.7500 | 976.25 | 1048.5000 | 14496.45 |
| | Training | | | | 1.0000 | 7.25 |
| | Travel | | | | 1.5000 | 10.88 |
| | Overtime | 32.7500 | 20.6250 | 675.47 | 175.5000 | 3639.10 |
| | Holiday 1.5 | 9.0000 | 20.6250 | 185.63 | 33.2500 | 689.54 |
| | COVHazPay2 | | | | | 720.00 |
| | LoyaltyCOVHazPay3 | | | 30.00 | | 120.00 |
| | Sign On Bonus | | | | | 250.00 |
| | **Total Hours** | 112.7500 | | | 1259.7500 | |
| | **Total Hrs Worked** | 112.7500 | | | | |
| | **Gross Earnings** | | | 1867.35 | | 19933.22 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 115.78 | 1235.86 |
| Medicare | | 27.07 | 289.03 |
| Fed Income Tax | SMS | 151.70 | 1262.55 |
| PA Income Tax | | 57.33 | 611.96 |
| PA Unemploy | | 1.31 | 13.95 |
| PA LLSOU-Buc L | | | 10.00 |
| PA PHILA-Phi Inc | | 70.03 | 750.05 |
| **TOTAL** | | 423.22 | 4173.40 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1444.13 | 15759.82 |

Payrolls by Paychex, Inc.

0026 1407-2988  A-Team Home Care Inc • 2 Park Lane • Ste 106 • Feasterville Trevose PA  19053 • (215) 490-9994

A-TEAM HOME CARE INC  
2 Park Lane  
Ste 106  
Feasterville Trevose PA 19053  

1407-2988  
ORG1: 300 Personal Care  
EE ID: 01230    DD  

LEONARD MURPHY  
6341 CHESTER AVE  
PHILADELPHIA PA 19143  

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Leonard Murphy  
6341 Chester Ave  
PHILADELPHIA, PA 19143  
**Employee ID:** 01230  

**Home Department:** 300 Personal Care  

**Pay Period:** 11/26/23 to 12/09/23  
**Check Date:** 12/15/23    **Check #:** 17329  

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 2186.74 |
| Chkg 728 | 1220.66 | 14793.74 |
| **NET PAY** | **1220.66** | **16980.48** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 80.0000 | 13.7500 | 1100.00 | 1128.5000 | 15596.45 |
| | Training | | | | 1.0000 | 7.25 |
| | Travel | | | | 1.5000 | 10.88 |
| | Overtime | 21.0000 | 20.6250 | 433.13 | 196.5000 | 4072.23 |
| | Holiday 1.5 | | | | 33.2500 | 689.54 |
| | COVHazPay2 | | | | | 720.00 |
| | LoyaltyCOVHazPay3 | | | 30.00 | | 150.00 |
| | Sign On Bonus | | | | | 250.00 |
| | **Total Hours** | 101.0000 | | | 1360.7500 | |
| | **Total Hrs Worked** | 101.0000 | | | | |
| | **Gross Earnings** | | | 1563.13 | | 21496.35 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 96.91 | 1332.77 |
| Medicare | | 22.67 | 311.70 |
| Fed Income Tax | SMS | 115.19 | 1377.74 |
| PA Income Tax | | 47.99 | 659.95 |
| PA Unemploy | | 1.09 | 15.04 |
| PA LLSOU-Buc L | | | 10.00 |
| PA PHILA-Phi Inc | | 58.62 | 808.67 |
| **TOTAL** | | 342.47 | 4515.87 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1220.66 | 16980.48 |

Payrolls by Paychex, Inc.  
0026 1407-2988  A-Team Home Care Inc • 2 Park Lane • Ste 106 • Feasterville Trevose PA 19053 • (215) 490-9994

A-TEAM HOME CARE INC
2 Park Lane
Ste 106
Feasterville Trevose PA  19053

1407-2988
ORG1:300 Personal Care
EE ID: 01230    DD

LEONARD MURPHY
6341 CHESTER AVE
PHILADELPHIA PA  19143

### PERSONAL AND CHECK INFORMATION
Leonard Murphy
6341 Chester Ave
PHILADELPHIA, PA  19143
**Employee ID:** 01230

**Home Department:** 300 Personal Care

**Pay Period:** 12/10/23 to 12/23/23
**Check Date:** 12/29/23    **Check #:** 17994

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 2186.74 |
| Chkg 728 | 1238.44 | 16032.18 |
| **NET PAY** | **1238.44** | **18218.92** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 80.0000 | 13.7500 | 1100.00 | 1208.5000 | 16696.45 |
| | Training | | | | 1.0000 | 7.25 |
| | Travel | | | | 1.5000 | 10.88 |
| | Overtime | 19.7500 | 20.6250 | 407.34 | 216.2500 | 4479.57 |
| | Holiday 1.5 | | | | 33.2500 | 689.54 |
| | Bonus | | | 50.00 | | 50.00 |
| | COVHazPay2 | | | | | 720.00 |
| | LoyaltyCOVHazPay3 | | | 30.00 | | 180.00 |
| | Sign On Bonus | | | | | 250.00 |
| | **Total Hours** | 99.7500 | | | 1460.5000 | |
| | **Total Hrs Worked** | 99.7500 | | | | |
| | **Gross Earnings** | | | 1587.34 | | 23083.69 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 98.42 | 1431.19 |
| Medicare | | 23.01 | 334.71 |
| Fed Income Tax | SMS | 118.10 | 1495.84 |
| PA Income Tax | | 48.73 | 708.68 |
| PA Unemploy | | 1.11 | 16.15 |
| PA LLSOU-Buc L | | | 10.00 |
| PA PHILA-Phi Inc | | 59.53 | 868.20 |
| **TOTAL** | | **348.90** | **4864.77** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1238.44 | 18218.92 |

A-TEAM HOME CARE INC
2 Park Lane
Ste 106
Feasterville Trevose PA  19053

1407-2988
ORG1:300 Personal Care
EE ID: 01230      DD

LEONARD MURPHY
6341 CHESTER AVE
PHILADELPHIA PA  19143

### PERSONAL AND CHECK INFORMATION
Leonard Murphy
6341 Chester Ave
PHILADELPHIA, PA  19143
**Employee ID:** 01230

**Home Department:** 300 Personal Care

**Pay Period:** 12/24/23 **to** 01/06/24
**Check Date:** 01/12/24    **Check #:** 18624

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 728 | 967.11 | 967.11 |
| **NET PAY** | **967.11** | **967.11** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 66.0000 | 13.7500 | 907.50 | 66.0000 | 907.50 |
| | Overtime | 2.0000 | 20.6250 | 41.25 | 2.0000 | 41.25 |
| | Holiday 1.5 | 12.0000 | 20.6250 | 247.50 | 12.0000 | 247.50 |
| | LoyaltyCOVHazPay3 | | | 30.00 | | 30.00 |
| | **Total Hours** | 80.0000 | | | 80.0000 | |
| | **Total Hrs Worked** | 80.0000 | | | | |
| | **Gross Earnings** | | | 1226.25 | | 1226.25 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 76.03 | 76.03 |
| Medicare | | 17.78 | 17.78 |
| Fed Income Tax | SMS | 70.84 | 70.84 |
| PA Income Tax | | 37.65 | 37.65 |
| PA Unemploy | | 0.86 | 0.86 |
| PA LLSOU-Buc L | | 10.00 | 10.00 |
| PA PHILA-Phi Inc | | 45.98 | 45.98 |
| **TOTAL** | | 259.14 | 259.14 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 967.11 | 967.11 |

0026 1407-2988 A-Team Home Care Inc • 2 Park Lane • Ste 106 • Feasterville Trevose PA  19053 • (215) 490-9994

A-TEAM HOME CARE INC
2 Park Lane
Ste 106
Feasterville Trevose PA  19053

1407-2988
ORG1:300 Personal Care
EE ID: 01230    DD

LEONARD MURPHY
6341 CHESTER AVE
PHILADELPHIA PA  19143

**PERSONAL AND CHECK INFORMATION**
Leonard Murphy
6341 Chester Ave
PHILADELPHIA, PA  19143
**Employee ID:** 01230

**Home Department:** 300 Personal Care

**Pay Period:** 01/07/24 **to** 01/20/24
**Check Date:** 01/26/24    **Check #:** 19240

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 728 | 1075.02 | 2042.13 |
| **NET PAY** | **1075.02** | **2042.13** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 60.7500 | 13.7500 | 835.32 | 142.7500 | 1964.90 |
| | Hourly | 16.0000 | 13.8800 | 222.08 | | |
| | Overtime | 5.2500 | 20.6250 | 108.28 | 15.2500 | 316.09 |
| | Overtime | 8.0000 | 20.8200 | 166.56 | | |
| | Holiday 1.5 | | | | 12.0000 | 247.50 |
| | LoyaltyCOVHazPay3 | | | 30.00 | | 60.00 |
| | **Total Hours** | 90.0000 | | | 170.0000 | |
| | **Total Hrs Worked** | 90.0000 | | | | |
| | **Gross Earnings** | | | 1362.24 | | 2588.49 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 84.46 | 160.49 |
| Medicare | | 19.75 | 37.53 |
| Fed Income Tax | SMS | 87.16 | 158.00 |
| PA Income Tax | | 41.82 | 79.47 |
| PA Unemploy | | 0.95 | 1.81 |
| PA LLSOU-Buc L | | 2.00 | 12.00 |
| PA PHILA-Phi Inc | | 51.08 | 97.06 |
| **TOTAL** | | 287.22 | 546.36 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1075.02 | 2042.13 |

0026 1407-2988  A-Team Home Care Inc • 2 Park Lane • Ste 106 • Feasterville Trevose PA  19053 • (215) 490-9994