United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                    Case No. 24-10040-amc

Leonard A. Murphy                                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                   User: admin                                 Page 1 of 3

Date Rcvd: Nov 13, 2024                      Form ID: pdf900                          Total Noticed: 27

The following symbols are used throughout this certificate:
| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leonard A. Murphy, 6341 Chester Avenue, Philadelphia, PA 19142-1421 |
| 14844598 | | Comcast, Comcast Center1701 JFK Boulevard, Philadelphia, PA 19103 |
| 14844599 | | Convergent, 800 SW 39th St., Pacific, WA 98047 |
| 14844603 | | LVNV Funding, LLC, Resurgent Capital ServicesPO Box 10587, Greenville, SC 29603-0587 |
| 14847234 | + | M&T BANK, C/O Mark A. Cronin, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14844609 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 14 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14844596 | + | Email/Text: bankruptcynotices@aarons.com | Nov 14 2024 00:23:00 | Aaron Sales & Lease Ownership, 1015 Cobb Place Blvd., Kennesaw, GA 30144-3672 |
| 14844597 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 14 2024 00:23:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14875987 | | Email/Text: megan.harper@phila.gov | Nov 14 2024 00:23:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14900678 | | Email/Text: megan.harper@phila.gov | Nov 14 2024 00:23:00 | City of Philadelphia, Law Department Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor., Philadelphia, PA 19102 |
| 14844600 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2024 00:30:23 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14844601 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 14 2024 00:29:12 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 14844602 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2024 00:23:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14844604 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 00:30:15 | LVNV Funding, LLC, Resurgent Capital Services PO Box 10587, Greenville, SC 29603-0587 |
| 14844605 | | Email/Text: camanagement@mtb.com | Nov 14 2024 00:23:00 | M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 14861663 | | Email/Text: camanagement@mtb.com | Nov 14 2024 00:23:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14844606 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2024 00:23:00 | Midland Funding, P.O. Box 2011, Warren, MI 48090-2011 |

Case 24-10040-amc   Doc 48   Filed 11/15/24   Entered 11/16/24 00:41:17   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14844607 | ^ | MEBN | Nov 14 2024 00:18:50 | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14844608 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2024 00:23:00 | | PA Department of Revenue, Bureau of ComplianceDept. 280946, Harrisburg, PA 17128-0946 |
| 14844610 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2024 00:30:22 | | Portfolio Recovery Assoc., LLC, PO Box 41067, Norfolk, VA 23541 |
| 14904786 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2024 00:23:00 | | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14844611 | + | Email/Text: JCAP_BNC_Notices@jcap.com Nov 14 2024 00:23:00 | | Premier Bankcard, LLC, c/o Jefferson Capital Systems, LLC, POB 7999, Saint Cloud, MN 56302-7999 |
| 14844612 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov Nov 14 2024 00:41:10 | | U.S. Department of Housing & Urban Devel, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14845039 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov Nov 14 2024 00:41:10 | | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14863532 | + | Email/PDF: ebn_ais@aisinfo.com Nov 14 2024 00:30:13 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14844613 | | Email/Text: megan.harper@phila.gov Nov 14 2024 00:23:00 | | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 13, 2024 | Form ID: pdf900 | Total Noticed: 27 |

                ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee

                USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK

                on behalf of Debtor Leonard A. Murphy Perlick@verizon.net
                pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | LEONARD MURPHY : | CHAPTER 13 |
| | : | |
| | : | |
| | DEBTOR : | BANKRUPTCY No. 24-10040AMC |

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or, (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326 (a)(2).

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Dated: Nov. 13, 2024