**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      LEONARD MURPHY      : CHAPTER 13
:
:
DEBTOR                  : BANKRUPTCY NO. 24-10040

<u>CERTIFICATION OF NO-OBJECTION OR RESPONSE</u>

      I, Zachary Perlick, Esquire, hereby certify that I filed an Application for

Compensation and gave notice to the Debtor, the Trustee, and all interested parties that

they had twenty (20) days to file an answer, objection or other responsive pleading; that

more than twenty (20) days have passed since the notices were mailed and I have not

received an objection to the Application for Compensation nor has an Application for

Administrative Expenses been filed.  I therefore request that the court enter the Order

accompanying said application.

               BY    <u>/s/ Zachary Perlick      </u>
                       Zachary Perlick, Esquire
                       1420 Walnut Street, Suite 718
                       Philadelphia, PA  19102
                       (215) 569-2922